UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| A.J., et al., : | |
|     Plaintiffs,  : | |
| : | |
| v.  : | Civil Action No. 05-01428 (RWR) |
| : | |
| DISTRICT OF COLUMBIA, et.al., : | |
|     Defendants.  : | |

**MOTION TO DISMISS**

The plaintiffs respectfully request dismissal without prejudice of this case pursuant to Federal Rule of Civil Procedure 41(a). Plaintiffs originally filed this action seeking review and remand of a Hearing Officer's Decision and Order, which was issued on June 22, 2005, by the District of Columbia Public Schools Student Hearing Office, pursuant to the Individuals with Disabilities Education Act ("IDEA") as amended, 20 U.S.C. Sections §§ 1401-1419.

Plaintiffs have not yet served the complaint in this case on defendants because plaintiffs were making efforts to resolve this matter at the Student Hearing Office level. Plaintiffs were seeking an amendment to correct the order by the Student Hearing Officer, in order to more accurately reflect what the parties had agreed to during their June 21, 2005, settlement agreement. With the consent of DCPS counsel, plaintiffs were able to obtain this amended order from the Student Hearing Officer on October 3, 2005.

Therefore, plaintiffs respectfully ask that this civil action now be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a).

          Respectfully submitted,

          /s/ Laura Macklin
          Laura Macklin, #229740
          Family Advocacy Clinic
          Georgetown University Law Center
          111 F Street, NW, Room 312
          Washington, DC 20001
          (202) 662-9542
          Counsel for Plaintiff

### Certificate of Mail Service

As noted above, the complaint in this action has been publicly filed, but not served on the defendants, pending the outcome of counsel's efforts to resolve the matter at the administrative level. Therefore, counsel for plaintiffs is providing a copy of this Motion to Dismiss, for informational purposes, to the following attorneys by first class mail this 26th day of October, 2005:

Mr. Edward Taptich
Chief, Equity Section
Office of the Attorney General
Civil Litigation Division
441 4th Street, N.W., 6th Floor
Washington, DC 20001

Ms. Erika Pierson
Acting General Counsel, Office of the General Counsel
District of Columbia Public Schools
825 North Capital Street, N.E., 9th Floor
Washington, DC 20002

Ms. Rashida Chapman
DC Public Schools Attorney-Advisor
Office of the General Counsel
825 North Capital Street, N.E., 9th Floor
Washington, DC 20002