UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

A.J., et al., :
      Plaintiffs, :
:
v. : Civil Action No.  05-01428 (RWR)
:
DISTRICT OF COLUMBIA, et.al., :
      Defendants. :
:

## ORDER

Upon Plaintiffs' Motion to Dismiss, pursuant to Rule 41 (a) of the Federal Rules of Civil Procedure, this action is dismissed without prejudice this _____ day of _____, 2005.

_____

**JUDGE RICHARD W. ROBERTS**

UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA